## *In re* HERR'S WILL.

*(Supreme Court, General Term, Second Department. July 18, 1890.)*

LEGACY TAX—EXEMPTION—HOME FOR CONSUMPTIVES.
    Under Rev. St. N. Y. (7th Ed.) p. 982, § 4, subd. 4, which provides that "every poor-house, almshouse, * * * and the real and personal property used for such purposes," shall be exempt from taxation, a legacy to a home for consumptives, whose inmates are entirely supported by charity, is not subject to the succession tax provided for in Laws N. Y. 1887, c. 713, § 1, since that act excepts "societies, corporations, and institutions now exempted by law from taxation." Following 7 N. Y. Supp. 852.

Appeal from surrogate's court, Kings county.

The court below adjudged that a legacy of $1,000, bequeathed by the will of Frederick Herr to the Brooklyn Home for Consumptives, is subject to the collateral inheritance tax. The legatee appeals. For former reports, see 5 N. Y. Supp. 48, and 7 N. Y. Supp. 852.

Argued before BARNARD, P. J., and DYKMAN and PRATT, JJ.

*Benjamin Estes*, for appellant. *D. E. Meeker*, for the executors.

PRATT, J. The previous decision in the matter of a legacy under this will is decisive of this appeal. The opinion found in 7 N. Y. Supp. 852, fully discusses the questions involved. In that case the orphan asylum was held to be a house of industry. In this case the consumptive home, whose inmates are entirely supported by charity, is an almshouse. The same rule applies to one as to the other. It follows that the decree appealed from must be reversed, so far as it relates to the appellant, with costs.